IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00170-REB-MEH

SONIA E. LUJAN,

    Plaintiff,

v.

DONALD H. RUMSFELD, Secretary of Defense,

    Defendant.

## MINUTE ORDER ON PENDING MOTIONS

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2006.**

    Plaintiff's Motion to Compel [Filed November 17, 2006; Docket #17] is **denied**. Pursuant to Fed.R.Civ.P. 11(b), Defendant has represented to the Court that the discovery requested by the Plaintiff has been made.

    For good cause shown, the Unopposed Motion to Extend Deadline for Filing Dispositive Motions [Filed December 18, 2006; Docket #20] is **granted**. The deadline for filing dispositive motions in this matter is extended to and including December 29, 2006.