**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-00170-REB-OES

SONIA E. LUJAN,

      Plaintiff,

v.

DONALD H. RUMSFELD, Secretary of Defense,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on **Defendant' Motion for Summary Judgment** [#23] and **Defendant's Brief in Support of Motion for Summary Judgment** [#24], both filed on January 2, 2007.  Said motion and brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.I.4.

Dated:  January 3, 2007
--------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.