**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-00170-REB-OES

SONIA E. LUJAN,

      Plaintiff,

v.

DONALD H. RUMSFELD, Secretary of Defense,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on defendant's **Motion for Permission to Re-File Summary Judgment and Motion Supporting Brief** [#36], filed January 8, 2007.  Said motion is GRANTED, and defendant shall re-file its motion and brief by the close of business on **January 12, 2007**.

Dated:  January 8, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.