**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00170-REB-OES

SONIA E. LUJAN,

    Plaintiff,

v.

DONALD H. RUMSFELD, Secretary of Defense,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion to Dismiss With Prejudice** [#51], filed March 30, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice** [#51], filed March 30, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for July 20, 2007, is **VACATED**;

4. That the jury trial set to commence August 6, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated March 30, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**